UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN THE MATTER OF:  Case No.**: 18-44828-TJT**
 Chapter **13**
**Joan Renee' Patrick-Morris**  Honorable **Thomas J. Tucker**

Debtor.

---

**JOSEPH L. GRIMA (P 44756)**
Attorney for Debtor
18232 Mack Ave.
Grosse Pointe Farms, MI 48236
(313) 417-8422

---

## OBJECTION TO PROOF OF CLAIM OF
## MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIMS REGISTER #6)

**NOW COMES** Debtor, Joan Renee' Patrick-Morris, by and through Counsel, Joseph L. Grima & Associates, P.C., and objects to the Proof of Claim of Michigan Department of Treasury (PACER Claims Register #6) as follows:

1. On April 3, 2018, the Debtor filed a Petition under Chapter 7 of Title 11, United States Bankruptcy Code. An Order Converting Case to Chapter 13 was entered on July 18, 2018. An Order Confirming Plan was entered on October 3, 2018.

2. On April 29, 2020, Michigan Department of Treasury filed a Proof of Claim (PACER Claims Register #6) in the total amount of $2,701.01 for a 2015 income tax liability.

3. On February 10, 2010, Michigan Department of Treasury had sent a communication to Debtor indicating that due to a correction, Debtor had a tax liability of $0 as of February 19, 2020. (See attached Exhibit 2 - Michigan Department of Treasury Corrected Bill for Taxes Due).

4. Debtor has a liability of $0.00 to the Michigan Department of Treasury for the year 2015.

**WHEREFORE,** Debtor respectfully requests that this Honorable Court disallow the Proof of Claim filed by Michigan Department of Treasury (PACER Claims Register #6).

Respectfully submitted,

DATED: May 7, 2020
sws

/s/ Joseph L. Grima
JOSEPH L. GRIMA (P 44756)
Attorney for Debtor
18232 Mack Ave.
Grosse Pointe Farms, MI 48236
(313) 417-8422
grimalaw@gmail.com