

Michigan Department of Treasury
168 (Rev. 04-19) INTNTCOR

# CORRECTED as of 02/19/2020
# Bill for Taxes Due
**Intent to Assess**
Issued under P.A. 122 of 1941, as amended.

| Assessment Number | Original Date Issued |
|---|---|
| ▓▓▓ | 02/10/2020 |

**Account Number**
▓▓▓7143

For payment options, contact the Collection Services Bureau
517-636-5265    michigan.gov/collectionseservice

For questions regarding reasons for this billing
PROJECTS UNIT    (517)636-4340

MORRIS MORRIS NATH & JOAN PATR
1622 NEWCASTLE ROAD
GROSSE POINTE WOODS MI 48236-0000

## BILL SUMMARY

| | |
|---|---:|
| Tax Due | $0.00 |
| Penalty | $0.00 |
| Interest | $0.00 |
| Total Due | $0.00 |

### Detail of Tax Liability

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| INCOME TAX | 12/15 | $0.00 | $0.00 | $0.00 |

### Reason for Tax Bill

YOUR BILLING WAS CANCELED BASED ON ADDITIONAL INFORMATION AND/OR AMENDED RETURN(S) RECEIVED.

**EXHIBIT # 2**